UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

   PLAINTIFF,

VS.

IAN CHRISTOPHERSON

   DEFENDANT,

2:09-CR-56-KJD-RJJ

MINUTES OF THE COURT

DATED:  September 19, 2011

PRESENT:
THE HONORABLE **KENT J. DAWSON,** UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: PEGGIE VANNOZZI     COURT REPORTER:    FELICIA ZABIN

PRESENT FOR PLAINTIFF:    KATHRYN NEWMAN AND ELIZABETH HADDEN

PRESENT FOR DEFENDANT:    RANDALL ROSKE

JURY TRIAL - DAY 1

Proceedings begin at 9:07 AM.  Defendant is present, on bond.  Special Agent Dennis Crowther and Defense Investigator Bert Goodrich are present.

Mr. Roske filed a Motion in Limine (#78.)  The Court hears argument.  The Court will grant the motion in part.

Mr. Roske asks the Court if it would consider recessing after jury selection to allow him additional time to review documents that were delivered to him on Sunday.  The Court and counsel discuss time parameters.  The Court makes findings on the proposed voir dire.

Proceedings recess from 9:50 AM to 10:00 AM.

68 prospective jurors enter the courtroom and are sworn.  Voir dire begins.  Challenges for cause are exercised.

Proceedings recess at 11:37 AM.  Outside the presence of the jury and the Court, Counsel exercise peremptory challenges.

14 jurors are seated and sworn.  The Court admonishes the jury.

Proceedings recess from 11:50 AM to 2:05 PM.  The jury is present.

USA vs. Christopherson
2:09-cr-56-KJD-RJJ
September 19, 2011
Page 2

_____

      Ms. Newman presents the Government's opening statement.  Mr. Roske presents Defendant's opening statement.

      IT IS ORDERED that the jury trial is continued to September 20, 2011 at 9:00 AM.

      Proceedings adjourn at 2:50 PM.


                             **LANCE S. WILSON, CLERK**
                             **U.S. DISTRICT COURT**


                             /s/ Peggie Vannozzi
                             Deputy Clerk