# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>IAN CHRISTOPHERSON,<br><br>    Defendant. | Case No. CR-S-2:09-CR-00056-KJD-RJJ-1<br><br>**ORDER** |

The above entitled matter has been assigned to this U.S. District Judge by the Clerk of Court. With good cause appearing, U.S. District Judge Kent J. Dawson hereby recuses himself from this case and **IT IS ORDERED** that this matter is referred to the Clerk of Court for reassignment to another U.S. District Judge.

DATED this 4th day of September 2012.

_____
Kent J. Dawson
United States District Judge