```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA

UNITED STATES OF AMERICA,    )
           Plaintiff,        )  Case No. 2:09-cr-56-MMD-RJJ
                             )
     vs.                     )
                             )      ORDER TEMPORARILY
IAN CHRISTOPHERSON,          )      UNSEALING TRANSCRIPT
           Defendant.        )
_____)
```

On January 24, 2013, Felicia Zabin, Court Reporter, received a Transcript Order form requesting a transcript of the **sealed Hearing**, held on **September 4, 2012**, from Mr. Ian Christopherson, Defendant.

**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Mr. Ian Christopherson, Defendant.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this 24 day of January, 2013.

_____
MIRANDA M. DU
United States District Judge