**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | **Case No. 2:09-cr-56-MMD-RJJ** |
| ) | |
| vs. ) | |
| ) | **ORDER TEMPORARILY** |
| IAN CHRISTOPHERSON, ) | **UNSEALING TRANSCRIPT** |
| Defendant. ) | |

On January 24, 2013, Felicia Zabin, Transcriber, received a Transcript Order form requesting transcripts of the **Motion Hearings**, held on **November 5, 2009**, and **November 23, 2009**, from Mr. Ian Christopherson, Defendant, in which a portion of each hearing was sealed.

**IT IS THE ORDER OF THE COURT** that the sealed transcripts shall be unsealed for the limited purpose of providing a copy of the transcripts as requested by Mr. Ian Christopherson.

**IT IS FURTHER ORDERED** that the sealed transcripts shall thereafter be resealed, and a certified copy of the transcripts be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcripts of the proceedings to anyone other than the representatives of the parties directly concerned with this case.

DATED this **24** day of January, 2013.

_____
MIRANDA M. DU
United States District Judge