UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00056-MMD-VCF |
| Plaintiff-Appellee, | USCA No. 13-10012 |
| v. | ORDER |
| IAN CHRISTOPHER, | |
| Defendant-Appellant. | |

Pursuant to order of the United States Court of Appeals for the Ninth Circuit in the above-referenced case, the defendant-appellant's motion for appointment of counsel was granted and counsel was order appointed (dkt. no. 175).

IT IS HEREBY ORDERED that Todd M. Leventhal, Esq. (600 S. 3rd Street, Las Vegas, NV 89101, phone number 415-640-4864) is appointed as counsel for defendant-appellant Ian Christopher.

IT IS FURTHER ORDERED, pursuant to the order of the United States Court of Appeals for the Ninth Circuit, the Clerk of Court is directed to notify the Clerk of the Ninth Circuit Court of Appeals of this appointment at counselappointments@ca9.uscourts.gov.

DATED  this 23rd day of April 2013.

Nunc Pro Tunc Date: April 22, 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE