UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff-Respondent,<br>　　v.<br><br>IAN CHRISTOPHERSON,<br><br>　　　　　　Defendant-Petitioner. | Case No. 2:09-cr-00056-MMD-VCF<br><br>ORDER |

Petitioner filed a Motion to Produce Billing Records ("Motion to Produce") (dkt. no. 192). Pursuant to 18 U.S.C. § 3006(d)(4)(E), the Court gave notice to defense counsel of his request for public disclosure to provide counsel the opportunity to request any redactions based on the considerations set forth in section 3006(d)(4)(D). One of Petitioner's counsel objects to the disclosure (dkt. no. 195), but did not ask for any specific redactions. As a member of the public, Petitioner is entitled to disclosure of the amounts paid to his attorneys.  18 U.S.C. § 3006A(d)(4). It is therefore ordered that the Clerk disclose the amounts of fees paid to Petitioner's attorneys in connection with Petitioner's case.

DATED this 13th day of March 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE